IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES DZIEDZIC and KIMBERLY DZIEDZIC, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED RENTALS, INC., CNH INDUSTRIAL AMERICA, LLC, d/b/a CASE CONSTRUCTION, TAG MANUFACTURING, INC., and JOHN DOES 1-20,<br><br>Defendants. | No. 4:19-CV-02030<br><br>(Chief Judge Brann) |

## ORDER

**AND NOW**, this 22nd day of March 2022, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. John Does 1-20 are **DISMISSED**.

2. Counts X, XI, and XII of the Amended Complaint (Doc. 22) are **DISMISSED**.

3. Defendants' motions for summary judgment (Docs. 34, 37, 40) are **DENIED IN PART AND GRANTED IN PART**, as follows:

    a. **DENIED** as to Counts III, IX, and XIII of the Amended Complaint (Doc. 22).

    b. **DENIED** as to the design-defect claims in Counts I, IV, and VII of the Amended Complaint (Doc. 22).

      c.      **DENIED** as to the negligent-design claims in Counts II, V, and VIII of the Amended Complaint (Doc. 22).

      d.      **GRANTED** as to Count VI of the Amended Complaint (Doc. 22).

      e.      **GRANTED** as to any manufacturing-defect claim in the Amended Complaint (Doc. 22).

      f.      **GRANTED** as to the warning-defect claims in Counts I, IV, and VII of the Amended Complaint (Doc. 22).

      g.      **GRANTED** as to the negligent failure-to-warn claims in Counts II, V, and VIII of the Amended Complaint (Doc. 22).

4.    A telephonic status conference will be scheduled by separate Order.

                                        BY THE COURT:

                                        *s/ Matthew W. Brann*
                                        Matthew W. Brann
                                        Chief United States District Judge